**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRA EDMONDS,<br><br>      Plaintiff,<br><br>    v.<br><br>CAMEO PROPERTIES LLC, a California Limited Liability Company; and Does 1-10,<br><br>      Defendants. | Case No.: 2:20-cv-01050-DSF-MAA<br><br>*Hon. Dale S. Fischer*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: January 31, 2020<br>Trial Date:   Not on Calendar |

Pursuant to Fed. R. Civ. P. 41 (a)(1), the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Sandra Edmonds's ("Plaintiff") action against Cameo Properties LLC ("Defendant") is dismissed with prejudice.

Dated: February 24, 2021

                                                                                       Hon. Dale S. Fischer<br>
                                                                                      United States District Judge<br>
                                                                                       Central District of California